USCA1 Opinion

 

 August 1, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 95-1109 UNITED STATES, Appellee, v. ERIC HOPKINS, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Raymond J. Pettine, Senior U.S. District Judge] __________________________ ____________________ Before Selya, Cyr and Boudin, Circuit Judges. ______________ ____________________ Robert D. Oster and Oster & Sawyer on brief for appellant. _______________ ______________ Sheldon Whitehouse, United States Attorney, and Gerald B. ___________________ __________ Sullivan, Assistant United States Attorney, on brief for appellee. ________ ____________________ ____________________ Per Curiam. We have carefully reviewed the record. For __________ the reasons stated by the district court at sentencing and the government in its appellate brief, the court did not err in concluding that the pistol was "used or possessed . . . in connection with another felony offense." USSG 2K2.1(b)(5). That the gun could reasonably be viewed as having "had some potential emboldening role in . . . defendant's felonious conduct" is enough. United States v. Routon, 25 F.3d 815, ______________ ______ 819 (9th Cir. 1994). The judgment is summarily affirmed. Loc. R. 27.1.